955 A.2d 345

**Willie HAMPTON, Petitioner**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

Aug. 13, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of August, 2008, the Petition for Review is **DENIED.**